1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3  JAMES L. MCGINNIS, Cal. Bar No. 95788
   MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4109
5  Telephone:    415-434-9100
   Facsimile:    415-434-3947
6  Email:        ghalling@sheppardmullin.com
                 jmcginnis@sheppardmullin.com
7                mscarborough@sheppardmullin.com

8  Attorneys for Defendants
   SAMSUNG ELECTRONICS COMPANY, LTD.,
9  SAMSUNG SEMICONDUCTOR, INC. and
   SAMSUNG ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS CLAIM, LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>EPSON ELECTRONICS AMERICA, INC., et al.,<br><br>  Defendants. | Civil Case No.:  09-1115 SI<br>Complaint Filed:   March 13, 2009<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SAMSUNG DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>[Civil L.R. 6-1(a)]<br><br>Place:   Courtroom 10, 19th Floor<br>Judge:    Hon. Susan Illston |

Plaintiff ATS Claim, LLC ("Plaintiff"), and Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc., (collectively "Samsung Defendants"), through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS Plaintiff filed a Complaint in the above-captioned case on or about March 13, 2009;

WHEREAS Plaintiff has agreed to extend the deadline for the Samsung Defendants to respond to the Complaint until June 22, 2009, and this extension would not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, pursuant to Rule 6-1(a) of the Local Civil Rules of the United States District Court for the Northern District of California, Plaintiff and the Samsung Defendants, by and through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

The deadline for the Samsung Defendants to respond to the Complaint in the above-captioned case shall be extended until June 22, 2009.

IT IS SO STIPULATED.

Dated: May 21, 2009

By: /s/ *Michael W. Scarborough*
Michael W. Scarborough
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Counsel for Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc. and Samsung Electronics America, Inc.*

Dated: May 21, 2009    By:    */s/ David P. Germaine*
David P. Germaine
VANEK, VICKERS & MASINI, P.C.
111 South Wacker Drive, Suite 4050
Chicago, Illinois 60606
Telephone: (312) 224-1500
Facsimile: (312) 224-1510

*Counsel for Plaintiff ATS Claim, LLC*

### ATTESTATION OF FILING

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Michael W. Scarborough, hereby attest that concurrence in the filing of this Stipulation and Proposed Order Extending Time for Samsung Defendants to Respond to Complaint has been obtained from Plaintiff with the conformed signature above.

Dated: May 21, 2009

By:    */s/ Michael W. Scarborough*
Michael W. Scarborough
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

## [PROPOSED] ORDER

Pursuant to the parties' stipulation set forth above and Rule 6-1(a) of the Civil Local Rules, IT IS HEREBY ORDERED that:

The deadline for Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc. to file an answer or other response to the Complaint in this matter is extended to June 22, 2009.

Dated: _____  _____
                                                Honorable Susan Illston
                                                United States District Judge