| | |
|---|---|
| 1 | KENT M. ROGER, State Bar No. 95987 |
| | HERMAN J. HOYING, State Bar No. 257495 |
| 2 | MICHELLE M. KIM, State Bar No. 252901 |
| | JENNIFER L. CALVERT, State Bar No. 258018 |
| 3 | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| 4 | San Francisco, CA 94105-1126 |
| | Tel: 415.442.1000 |
| 5 | Fax: 415.442.1001 |

*Attorneys for Hitachi Electronic Devices (USA), Inc.*

DAVID P. GERMAINE (PRO HAC VICE)
VANEK, VICKERS & MASINI, P.C.
111 South Wacker Drive, Suite 4050
Chicago, Illinois 60606
Tel: (312) 224-1500
Fax: (312) 224-1510

*Attorneys for Plaintiff ATS Claim, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| ATS CLAIM, LLC<br><br>vs.<br><br>EPSON ELECTRONICS AMERICA, INC., et al. | Case No. 09 Civ. 1115 SI<br>MDL No. 1827<br><br>**STIPULATION AND [PROPOSED] ORDER** |

DB2/21160074.1

CASE NO. M: 09-1115; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel,

2  on behalf of their respective clients, that defendants Toshiba America Electronic Components,

3  Inc. ("TAEC") and Toshiba America Information Systems, Inc. ("TAIS") authorize their counsel,

4  White & Case LLP, to accept service of the summons and complaint in the above captioned

5  action on their behalf which service will be effective as of June 8, 2009.

6    IT IS FURTHER STIPULATED AND AGREED that TAEC's and TAIS' time to answer

7  (or otherwise move in response to) Plaintiffs' complaint will be July 24, 2009.

8    IT IS FURTHER STIPULATED AND AGREED between counsel for Plaintiff ATS

9  Claim, LLC and counsel for Sharp Electronics Corporation ("SEC") that SEC's time to answer

10 (or otherwise move in response to) Plaintiff's complaint will also be July 24, 2009.

11   IT IS FURTHER STIPULATED AND AGREED between counsel for Plaintiff ATS

12 Claim, LLC and counsel for Hitachi Electronic Devices (USA), Inc. ("HED(US)") that

13 HED(US)'s time to answer (or otherwise move in response to) Plaintiff's complaint will also be

14 July 24, 2009.

15   IT IS FURTHER STIPULATED AND AGREED between counsel for Plaintiff ATS

16 Claim, LLC and counsel for LG Display America, Inc. ("LG Display America") that LG Display

17 America's time to answer (or otherwise move in response to) Plaintiff's complaint will also be

18 July 24, 2009.

19   IT IS FURTHER STIPULATED AND AGREED between counsel for Plaintiff ATS

20 Claim, LLC and counsel for Chi Mei Optoelectronics USA, Inc. ("CMO-USA") and Nexgen

21 Mediatech USA, Inc. ("Nexgen-USA") that CMO-USA's and Nexgen-USA's time to answer (or

22 otherwise move in response to) Plaintiff's complaint will also be July 24, 2009.

23

24

25

26

27

28

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/21160074.1

-2-

CASE NO. M: 09-1115; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

Dated: June 19, 2009

/s/ Kent M. Roger
Kent M. Roger (State Bar No. 95987)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001

*Attorneys for Hitachi Electronic Displays (USA), Inc.*

/s/ David P. Germaine
David P. Germaine
VANEK, VICKERS & MASINI, P.C.
111 South Wacker Drive, Suite 4050
Chicago, Illinois 60606
(312) 224-1500

*Attorney for ATS Claim, LLC*

/s/ Wayne A. Cross
Wayne A. Cross (PRO HAC VICE)
John H. Chung (PRO HAC VICE)
Kristen J. McAhren (PRO HAC VICE)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200

*Attorneys for Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

/s/ Jacob R. Sorensen
Jacob R. Sorensen (State Bar No. 209134)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
Tel: (415) 983-1000
Fax: (415) 983-1200

*Attorneys for Defendant Sharp Electronics Corporation*

|   |   |
|---|---|
| 1 | /s/ Michael R. Lazerwitz |
| 2 | Michael R. Lazerwitz (PRO HAC VICE)<br>Jeremy J. Calsyn (State Bar No. 205062) |
| 3 | Lee F. Berger (State Bar No. 222756)<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 4 | 2000 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006 |
| 5 | Tel: (202) 974-1500<br>Fax: (202) 974-1999 |

*Attorneys for LG Display America, Inc.*

/s/ Steven F. Cherry
Steven F. Cherry (PRO HAC VICE)
Gordon Pearson (PRO HAC VICE)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for Chi Mei Optoelectronics USA, Inc. and Nexgen Mediatech USA, Inc.*

## **FILER'S ATTESTATION**

I, Kent M. Roger, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that David P. Germaine, Wayne A. Cross, Jacob R. Sorensen, Michael R. Lazerwitz, and Steven F. Cherry concur in this filing.

/s/ Kent M. Roger
Kent M. Roger (State Bar No. 95987)
*Attorney for Hitachi Electronic Displays (USA), Inc.*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above and pursuant to Rule 6-1(a) of the Civil Local Rules, IT IS HEREBY ORDERED that:

The deadline for Defendants Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Sharp Electronics Corporation, Hitachi Electronic Devices (USA), Inc., LG Display America, Inc., Chi Mei Optoelectronics USA, Inc., and Nexgen Mediatech USA, Inc. to file an answer or other response to the Complaint in this matter is extended to July 24, 2009.

Dated:

By _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/21160074.1

-5-

CASE NO. M: 09-1115; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER