1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   JOHN M. GRENFELL (CA Bar No. 88500)
2  john.grenfell@pillsburylaw.com
   JACOB R. SORENSEN (CA Bar No. 209134)
3  jake.sorensen@pillsburylaw.com
   FUSAE NARA (pro hac vice)
4  fusae.nara@pillsburylaw.com
   ANDREW D. LANPHERE  (CA Bar No. 191479)
5  andrew.lanphere@pillsburylaw.com
   50 Fremont Street
6  San Francisco, CA  94105
   Telephone: (415) 983-1000
7  Facsimile: (415) 983-1200

8  Attorneys for Defendants
   SHARP CORPORATION and
9  SHARP ELECTRONICS CORPORATION

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14  IN RE:  TFT-LCD (FLAT PANEL)           Master File No. 3:07-md-1827 SI
    ANTITRUST LITIGATION                   MDL No. 1827
15

16  This Document Relates To:              **STIPULATION AND [PROPOSED]
                                           ORDER MODIFYING PRETRIAL
17  ALL ACTIONS                            SCHEDULE FOR "TRACK ONE"
                                           DIRECT ACTION PLAINTIFF AND
18                                         STATE ATTORNEY GENERAL
                                           CASES**
19

20

21         The Direct Action Plaintiffs, Attorneys General, and Defendants party to the below-

22  listed actions (collectively, "Parties") hereby stipulate as follows:

23                                   **STIPULATION**

24         WHEREAS the Parties have met and conferred regarding the schedule set in the

25  Court's Order re: Pretrial and Trial Schedule (Dkt. 2165) ("Pretrial and Trial Schedule");

26         WHEREAS the Parties agree to the extension of selected dates set in the Pretrial and

27  Trial Schedule in order to allow sufficient time for discovery and related work;

28

1 WHEREAS the agreed upon revised pretrial schedule does not alter the dates set by the Court for the last day for hearing dispositive motions, pretrial schedule, or trial(s);

NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and request that the Court order as follows:

That the pretrial dates set forth in the Pretrial and Trial Schedule are amended, solely as to the following cases:

- *ATS Claim, LLC v. Epson Electronics America, Inc., et al.*, Case No. 09-cv-1115
- *AT&T Mobility LLC, et al. v. AU Optronics Corporation, et al.*, Case No. 09-cv-4997
- *Best Buy Co., Inc., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-4572
- *Costco Wholesale Corporation v. AU Optronics Corporation, et al.*, Case No. 11-cv-0058
- *Dell Inc., et al. v. Sharp Corporation, et al.*, Case No. 10-cv-1064
- *Eastman Kodak Co. v. Epson Imaging Devices Corp., et al.*, Case No. 10-cv-5452
- *Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corp., et al.*, Case No. 10-cv-0117[1]
- *Motorola, Inc. v. AU Optronics Corporation, et al.*, Case No. 09-cv-5840
- *Nokia Corporation, et al. v. AU Optronics Corporation, et al.*, Case No. 09-cv-5609
- *Target Corporation, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-4945
- *TracFone Wireless, Inc. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3205

---

[1] This does not include the separate case, *Electrograph Systems, Inc., et al. v. NEC Corporation, et al.*, Case No. 11-01690 (E.D.N.Y.).

- *State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619
- *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517
- *State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711
- *State of Oregon v. AU Optronics Corporation, et al.*, Case No. 10-cv-4346

That the pretrial dates set forth in the Order re: Pretrial and Trial Schedule are amended as follows:

| Event | Dates Applicable to all Direct Action Plaintiffs and all State AG Plaintiffs (in cases on file by 12/1/10), per Pretrial and Trial Schedule, Dkt. 2165 | [Proposed] Revised Dates |
|---|---|---|
| Disclosure of identities of plaintiffs' experts and one paragraph description of issues to be addressed by each expert | July 1, 2011 | October 3, 2011 |
| Disclosure of identities of all defendants' experts and one paragraph description of issues to be addressed by each expert | August 1, 2011 | November 3, 2011 |
| Plaintiffs and defendants each to provide one paragraph description of each issue/subject of summary judgment motions (copies to be provided to the court) | January 27, 2012 | March 1, 2012 |
| Close of limited fact discovery unique to DAP and State AG cases | September 2, 2011 | December 8, 2011 |
| Service of opening expert reports for plaintiffs | September 9, 2011 | December 15, 2011 |
| Service of underlying data and code | September 12, 2011 | December 19, 2011 |

| Event | Dates Applicable to all Direct Action Plaintiffs and all State AG Plaintiffs (in cases on file by 12/1/10), per Pretrial and Trial Schedule, Dkt. 2165 | [Proposed] Revised Dates |
|---|---|---|
| Parties to serve supplemental disclosure with one paragraph description of any additional issues/topics of summary judgment motions (copies to be provided to the court) | March 2, 2012 | April 2, 2012 |
| Service of opposition expert reports | November 8, 2011 | February 20, 2012 |
| Service of underlying data and code | November 11, 2011 | March 1, 2012 |
| Service of reply expert reports | January 9, 2012 | April 27, 2012 |
| Service of underlying data and code | January 12, 2012 | April 30, 2012 |
| Last day to file dispositive motions | May 18, 2012 | May 25, 2012 |
| Close of expert discovery | February 15, 2012 | May 18, 2012 |
| Last day to file oppositions to dispositive motions | June 15, 2012 | June 22, 2012 |
| Last day to file reply briefs in support of dispositive motions | July 13, 2012 | July 20, 2012 |
| Last day for hearing dispositive motions | August 15, 2012 | August 15, 2012 |
| Pretrial conference | October 9, 2012 | October 9, 2012 |
| Trial begins | November 5, 2012 | November 5, 2012 |

PROVIDED THAT, the Parties reserve their right to seek further adjustments to the schedule of any specific case based on future developments upon good cause shown in that particular case. Further, the foregoing is without prejudice of the right of any Defendants and intervenors who have opposed a motion filed in any of the above-referenced actions for leave to amend the complaint to add new defendants and/or causes of action to seek further

1  extensions as appropriate in each case if such a motion is granted by the Court.  Further,

2  Defendants and intervenors continue to maintain their oppositions to any such motions

3  pending before the Court.

4

5     Dated:  July 8, 2011.

6                                     PILLSBURY WINTHROP SHAW PITTMAN LLP
                                      JOHN M. GRENFELL
7                                     JACOB R. SORENSEN
                                      FUSAE NARA
8                                     ANDREW D. LANPHERE
                                      50 Fremont Street
9                                     San Francisco, CA  94105

10

11                                    By:         /s/ Jacob R. Sorensen
                                              Jacob R. Sorensen
12

13                                    Attorneys for Defendants SHARP
                                      CORPORATION and SHARP ELECTRONICS
14                                    CORPORATION

15                                    With the approval of counsel for AU Optronics
                                      Corporation; AU Optronics Corporation America; Chi
16                                    Mei Corporation; Chi Mei Optoelectronics USA, Inc.;
                                      Chimei Innolux Corporation (f/k/a Chi Mei
17                                    Optoelectronics Corp.); CMO Japan Co., Ltd.;
                                      Chunghwa Picture Tubes, Ltd.; Epson Electronics
18                                    America, Inc.; Epson Imaging Devices Corporation;
                                      HannStar Display Corporation; Hitachi, Ltd.; Hitachi
19                                    Displays, Ltd.; Hitachi Electronic Devices (USA), Inc.;
                                      LG Display Co., Ltd.; LG Display America, Inc.;
20                                    Nexgen Mediatech, Inc.; Nexgen Mediatech USA, Inc.;
                                      Philips Electronics North America Corporation;
21                                    Samsung Electronics, Co., Ltd.; Samsung Electronics
                                      America, Inc.; Samsung Semiconductor, Inc.; Samsung
22                                    SDI America, Inc.; Samsung SDI Co., Ltd.; Seiko
                                      Epson Corporation; Tatung Company of America, Inc.;
23                                    Tatung Company; Toshiba Corporation; Toshiba
                                      Mobile Display Co., Ltd.; Toshiba America Electronic
24                                    Components, Inc.; Toshiba America Information
                                      Systems, Inc.
25

26

27

28

CROWELL & MORING LLP
Jerome A. Murphy (*pro hac vice*)
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Tel:  (202) 624-2985
Fax: (202) 628-5116


By:_____/s/ Jerome A. Murphy_____
               Jerome A. Murphy

*Liaison Counsel for Direct Action Plaintiffs, on behalf of the Direct Action Plaintiffs in the matters listed above*

CHRIS KOSTER
ATTORNEY GENERAL OF MISSOURI
ANNE E. SCHNEIDER (*pro hac vice*)
ANDREW M. HARTNETT (*pro hac vice*)
P.O. Box 899
Jefferson City, MO 65102
Phone:  (573) 751-3321
Fax:  (573) 751-2041


By _____/s/ Anne E. Schneider_____
              Anne E. Schneider

*Co-Liaison Counsel for Attorneys General*


OFFICE OF THE ATTORNEY GENERAL OF FLORIDA
NICHOLAS J. WEILHAMMER (*pro hac vice*)
PL-0 1, The Capitol
Tallahassee, FL 32399-1050
Phone: (850) 414-3300
Fax: (850) 488-9134

By _____/s/ Nicholas J. Weilhammer_____
             Nicholas J. Weilhammer

*Co-Liaison Counsel for Attorneys General*

ATTESTATION:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above-named parties.

1 **[PROPOSED] ORDER**

2 **IT IS SO ORDERED.**

3 July 12, 2011

_____
The Honorable Susan Illston
District Court Judge